IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE DICICCO
FAMILY TRUST.

No. 79020

ALAN R. DICICCO,
                              Appellant,
                    vs.
VICTORIA RICH,
                              Respondent.

FILED

JUL 29 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
       DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from a district court's minute order in a matter involving a family trust. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

Review of the documents before this court reveals a jurisdictional defect. The district court's minute order is ineffective and cannot be appealed, and it does not appear that the district court has entered a written order regarding its decision made on May 31, 2019. *See Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987) (explaining that a district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order cannot be appealed); *Div. of Child & Family Servs. v. Eighth Judicial Dist. Court*, 120 Nev. 445, 451, 92 P.3d 1239, 1243 (2004) (holding that "dispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective"). Thus, the notice of appeal was prematurely filed and this court lacks jurisdiction. *See* NRAP 4(a)(6) (providing that "[a] premature notice of appeal does not divest the district court of jurisdiction" and that this "court may dismiss as premature a notice of appeal filed after

19-31753

the oral pronouncement of a decision or order but before entry of the written judgment or order"). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____ Pickering , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

cc: Hon. Gloria Sturman, District Judge
Alan R. Dicicco
Rushforth Lee & Kiefer LLP
Eighth District Court Clerk

---

[1]This court vacates its order entered July 24, 2019.